612 A.2d 1353

**ABINGTON FIRE COMPANY, Appellee,**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA EMERGENCY MANAGEMENT AGENCY, Appellant.**

Supreme Court of Pennsylvania.

Argued May 7, 1992.

Decided Sept. 18, 1992.

Mark L. Goodwin, Chief Counsel PAEMA, for appellant.

Howard Gershman, Plymouth Meeting, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

Appeal is dismissed as having been improvidently granted.

LARSEN, J., did not participate in the consideration or decision of this case.

McDERMOTT, J., did not participate in the decision of this case.